MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: BRIAN M. FELDMAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone No. (212) 637-2777
Facsimile No. (212) 637-2717
Brian.Feldman@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- x
JOYCE E. THOMPSON,
A037-088-033,                                                           07 Civ. 6482 (JSR)

                Petitioner,

           v.                                                             **STIPULATION AND ORDER
                                                                              OF SETTLEMENT
                                                                              AND DISMISSAL**

MARY ANN GANTNER, District Director, New
York, United States Immigration and Customs
Enforcement, Department of Homeland Security;
MICHAEL CHERTOFF, Secretary of the
Department of Homeland Security; and                          USDC SDNY
ALBERTO GONZALES, Attorney General of the                     DOCUMENT
United States of America, Washington, D.C.,                   ELECTRONICALLY FILED
United States Department of Justice,                          DOC #:
                                                              DATE FILED: 1-23-08
                Respondents.
----------------------------------------------------------- x

      WHEREAS, on or about July 17, 2007, Petitioner Joyce E. Thompson ("Petitioner") filed

the above-captioned petition ("Petition") against respondents Andrea Quarantillo, District

Director, New York, United States Citizenship and Immigration Services ("USCIS"),

Department of Homeland Security;[*] Michael Chertoff, Secretary of the Department of Homeland

---

[*] Andrea Quarantillo has succeeded Mary Ann Gantner as the New York District
Director of United States Citizenship and Immigration Services and, pursuant to Rule 25(d)(1) of
the Federal Rules of Civil Procedure, should be substituted as a respondent.

Security; and Michael B. Mukasey, Attorney General of the United States of America, Washington, D.C.,[*] United States Department of Justice (collectively "Respondents"), seeking review of USCIS's denial of her application for naturalization (the "Application"); and

WHEREAS, USCIS has vacated its denial of the Application and reopened the Application for further consideration;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among Petitioner and Respondents, by their respective counsel, as follows:

1. The Petition is hereby voluntarily dismissed, without costs or attorney's fees to any party, subject to Petitioner's right to reinstate the action within 90 days of the entry of this Stipulation and Order, by written notice to the Court, upon 10 days' prior notice to the United States Attorney's Office for the Southern District of New York, if USCIS has neither scheduled an oath ceremony for Petitioner nor approved her Form N-400 application for a naturalization certificate by that date.

2. The parties understand and agree that this stipulation contains the entire agreement between them, and that no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall be of any force or effect.

---

[*] Michael B. Mukasey has succeeded Alberto Gonzales as the Attorney General and, pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, should be substituted as a respondent.

2

Dated: New York, New York
       January 22, 2008

By: *Kira Repetto*
    KIRA REPETTO, ESQ.
    Attorney for Petitioner
    225 Broadway, 5th Floor
    New York, New York 10007
    Telephone No. (212) 227-3636
    Facsimile No. (212) 227-3030

Dated: New York, New York
       January 22, 2008

       MICHAEL J. GARCIA
       United States Attorney for the
       Southern District of New York

By: *[signature]*
    BRIAN M. FELDMAN
    86 Chambers Street, Third Floor
    New York, New York 10007
    Telephone No. (212) 637-2777
    Facsimile No. (212) 637-2717
    Brian.Feldman@usdoj.gov

So Ordered:

*Jed S. Rakoff*
HON. JED S. RAKOFF
UNITED STATES DISTRICT JUDGE

1-23-08

3